DOA 1/27/25

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 25- 3007MJ |
| Edwin Santiago Marquez Flores | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant EDWIN SANTIAGO MARQUEZ FLORES violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm, described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent (SA) for Homeland Security Investigations (HSI), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: <u>AUSA Addison Owen for AUSA Stuart Zander</u>

Digitally signed by ADDISON OWEN
Date: 2025.01.28 08:45:55 -07'00'

| | |
|---|---|
| Matthew Oxendine, SA HSI | MATTHEW R OXENDINE    Digitally signed by MATTHEW R OXENDINE    Date: 2025.01.27 19:53:37 -07'00' |
| Name of Complainant | Signature of Complainant |

Sworn to telephonically before me

<u>January 28, 2025</u>              at    <u>Phoenix, Arizona</u>
Date                                              City and State

| | |
|---|---|
| HONORABLE MICHAEL T. MORRISSEY | M Morrissey |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

**Alien in Possession of a Firearm**

On or about January 23, 2025, in the District of Arizona, Defendant EDWIN SANTIAGO MARQUEZ FLORES, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms, to wit:

(1) a Century Arms, AK47, 7.62 caliber, rifle, S/N: SV7158322, and,

(2) a Century Arms, AK47, 7.62 caliber, rifle, S/N: SV7158836,

both of which were previously shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Matthew Oxendine, a Special Agent (SA) for Homeland Security Investigations (HSI) in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I am a Special Agent (SA) with Homeland Security Investigations (HSI) and have been for over 8 years. I am currently assigned to the Phoenix, Arizona Office. As a SA, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer within the meaning of 18 U.S.C. § 2510(7). Prior to becoming a SA, I was a law enforcement officer at the Yuma Police Department for 7 years. During my time at the Yuma Police Department, I served as a patrol officer and detective assigned to the Special Operations Unit.

2.    As a SA, I have attended the investigator training program at the Federal Law Enforcement Training Center (FLETC). During my training, I learned how to conduct investigations into offenses enumerated in Title 8, Title 18, Title 21, and Title 31 of the United States Code.

3.    During my past 15 years in law enforcement, I have experience in conducting physical surveillance, interviewing witnesses, writing affidavits for warrants, and executing warrants for arrests and searches. I routinely access multiple databases and intelligence-based systems throughout my investigations and have participated in numerous interagency and international investigations.

4.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

5.    Based on the below facts, your Affiant submits there is probable cause that EDWIN SANTIAGO MARQUEZ FLORES, violated Title 18, U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm.

## PROBABLE CAUSE

6.  EDWIN SANTIAGO MARQUEZ FLORES ("MARQUEZ") was identified as an alien unlawfully present in the United States[1] who is actively engaged in Human Smuggling via Snapchat[2]. Presently, MARQUEZ has two confirmed Misdemeanor Warrants for failing to appear for traffic violations and his driver's license is suspended.

7.  On January 23, 2025, HSI conducted surveillance at an apartment complex on West Laurie Ln in Glendale, Arizona after learning a vehicle registered to MARQUEZ, specifically a white Mercedes CLA bearing Arizona license plate 5RA44N, was located in the area.

8.  During surveillance, agents observed MARQUEZ driving a Black Nissan Altima bearing Arizona license plate 6SA0GY (hereafter the "Altima") leaving the area of the apartment complex. MARQUEZ was the sole occupant in the Altima. MARQUEZ drove to the Country Market gas station located at 6108 W. Northern Ave. Glendale, AZ 85301 and parked the Altima at a gas pump. MARQUEZ entered the front door of the gas station and proceeded to walk inside the store.

9.  As MARQUEZ walked out of the store and approached his vehicle, agents contacted him and identified themselves. Upon contact, MARQUEZ was placed under arrest at approximately 5:00 p.m.

10. Buckeye Police Department Sergeant (Sgt.) Hannaman arrived on-scene with his controlled substance detecting canine. Sgt. Hannaman ran the canine around the vehicle. The canine alerted to the vehicle indicating the presence of the scent of a controlled substance.

11. Due to the alert, a search of the vehicle was conducted. Investigators located a white powdery substance in a tray on the floor of the vehicle. The substance was consistent with cocaine; however, the amount was not significant enough to perform a test.

---

1 Previously, MARQUEZ entered the United States using a B2 Visa. The Visa expired December 21, 2011. Since that date, he has had no status which would permit him to remain in the United States lawfully.

2 In June 2022, your affiant received information from United States Border Patrol regrading a Snapchat account engaging in Human Smuggling in Phoenix, Arizona. The accounts were observed offering to pay drivers to drive down near the border of Arizona, pick-up illegal aliens, and transport them to the Phoenix area. The user offered to pay drivers $500 to $1,500 per person. During the smuggling events, the user would send geo-locations of where the people were located and what to do when the driver arrived. Through subsequent search warrants on Snapchat and witness statements, it was determined the Snapchat user for the accounts is MARQUEZ.

12.     In addition, investigators found two Century Arms AK47 style rifles (Century Arms AK47 7.62 caliber style rifle, S/N: SV7158322; and, Century Arms AK47 7.62 caliber style rifle, S/N: SV7158836) in their factory boxes on the back seat. Also located in the vehicle were multiple magazines and $1440.00 in United States Currency.

  

13.     Alcohol, Tobacco, Firearms and Explosives (ATF) Nexus Expert Lowell Fairly reviewed the two AK47 firearms and found them to have travelled in interstate commerce prior to being found in Arizona.

*Interview of MARQUEZ*

14.     MARQUEZ was transported to the HSI Scottsdale Office for processing and interview. At approximately 7:05 p.m., MARQUEZ was advised of his *Miranda* Rights. MARQUEZ stated he understood his rights and signed the *Miranda* Waiver Form.

15.     MARQUEZ admitted to being in the United States without legal status. He claimed he did not return to Mexico after his Visa expired because it was bad down there.

16.     MARQUEZ was asked about the firearms located in his vehicle. MARQUEZ said he picked up the two AK47 style rifles on January 23, 2025 (that day), from an individual he knows via Snapchat. MARQUEZ was supposed to meet with another individual to sell him the rifles for $1400 each. This individual intended to smuggle the rifles to Mexico.

17.     MARQUEZ stated he uses Instagram and/or Snapchat to purchase firearms. After MARQUEZ purchases firearms, he then sells them to other individuals at a marked-up price. MARQUEZ acknowledged that he knows as an illegal alien he is unable to possess or buy

firearms himself.

18.     MARQUEZ said he has sold approximately 50 firearms to different subjects for marked-up prices. MARQUEZ also said he sold over 40 guns to one specific individual, who then smuggles them to Mexico.

19.     MARQUEZ claimed he used to be in possession of a Glock pistol. But after shooting the weapon he sold it to an unknown subject.

20.     MARQUEZ admitted to also doing cocaine in his vehicle and transporting/selling cocaine out of his vehicle (consistent with the canine alert and white powder).

21.     MARQUEZ was asked about the money he had on his person. He stated the money came from the sale of cocaine and some of the guns he sold.

22.     Finally, MARQUEZ stated he got involved in locating drivers to pick up illegal aliens on Snapchat from an unknown person. MARQUEZ said he started getting more and more drivers to pick-up aliens via Snapchat. MARQUEZ stated he coordinated approximately 300 drivers to pick up illegal aliens at about 2-3 illegal aliens per load to equal approximately 800-1000 illegal aliens smuggled from the United States/ Mexico border to the Phoenix, Arizona area. MARQUEZ said he would be paid approximately $1,400 per person and would pay the drivers $1,200 per person. In total MARQUEZ was paid about $1,260,000.

//
//
//
//
//
//
//
//
//
//
//

## CONCLUSION

23.    For these reasons, your Affiant submits that there is probable cause to believe EDWIN SANTIAGO MARQUEZ FLORES committed a violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm.

24.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

MATTHEW R
OXENDINE

Digitally signed by MATTHEW R
OXENDINE
Date: 2025.01.27 19:54:39 -07'00'

Matthew Oxendine
Special Agent
Homeland Security Investigations

Sworn to and subscribed telephonically this 28th day of January 2025.

M Morrissey

THE HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge