TIMOTHY COURCHAINE
United States Attorney
District of Arizona
STUART J. ZANDER
California State Bar No. 276724
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Stuart.Zander@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-25-00304-001-PHX-DLR |
|---|---|
| Plaintiff, | **UNITED STATES' SENTENCING MEMORANDUM** |
| vs. | |
| Edwin Santiago Marquez Flores, | |
| Defendant. | |

The defendant, Edwin Santiago Marquez Flores (FLORES), is scheduled to be sentenced on November 20, 2025, following his guilty plea to the offense of Conspiracy to Transport Illegal Aliens for Profit in violation of Title 8 U.S.C. § 1324(a)(1)(A)(ii), (a)(1)(B)(i), and (a)(1)(A)(v)(I). The United States asks the Court to accept the plea agreement and sentence the defendant in accordance with the terms and stipulations contained therein.

**Sentencing Request**

The United States hereby requests FLORES to be sentenced to the high-end of the applicable guideline range. FLORES is 23 years old and is a clear danger to the community. Based on the defendant's statements, statements by witnesses, co-defendants statements and data returns from FLORES' social media sites, FLORES has successfully smuggled an unknown number of illegal aliens from the border to Phoenix, Arizona. FLORES also was involved in the trafficking of firearms (which he knew were resold in Mexico) and

drug trafficking. A sentence at the high-end of the guidelines is appropriate based on the defendant's conduct. Therefore, a strong sentence based on specific and general deterrence is needed.

The Presentence Report (PSR) correctly links FLORES to eight co-defendants he recruited who were prosecuted for working for him as load drivers. In the numerous smuggling events outlined in the PSR highlight FLORES recruitment and coordination of the above co-defendants and others. FLORES is held responsible, under the United States Sentencing Guidelines, for smuggling more than 100 aliens, possession of a dangerous weapon during the conspiracy by a co-conspirator, his aggravated role recruiting and coordinating load drivers and creating a substantial risk of death or great bodily harm to another person. (PSR pars. 37-43.)

**Investigation into FLORES**

In 2022, Department of Homeland Security and United States Border Patrol (DHS/BP) identified Edwin Santiago Marquez Flores (FLORES) as a possible alien smuggling coordinator. Agents were targeting alien smuggling coordinators who utilize social media sites to recruit load drivers to travel to the southern border to pick up illegal aliens. Many of these coordinators use Snapchat to recruit drivers then switch to WhatsApp to facilitate the coordination, logistics, ping drop locations, and payment. FLORES was found to be associated with numerous load drivers.

Around June 2022, DHS/BP Patrol began monitoring the Snapchat accounts gordo.pakas and srt.edwin.  The Snapchat accounts posted often soliciting for drivers to transport illegal aliens.

On September 7, 2022, United States Magistrate Judge John Z. Boyle authorized a search warrant for Snapchat account srt.edwin (22-8310MB). On May 17, 2024, United States Magistrate Judge Deborah M. Fine authorized a search warrant for Snapchat accounts gordopakas (24-5176MB) and srt.edwin (24-5177MB). Snapchat provided the requested materials to agents for review.

The Snapchat accounts were identified as belonging to FLORES.  Review of the information revealed numerous communications from FLORES discussing human smuggling activity. The data return also contained advertisements (i.e. posts on Snapchat) of FLORES recruiting load drivers to contact him to work as load drivers. (Exhibit A)

**Arrest of FLORES**

On January 23, 2025, HSI agents located FLORES at a gas station in Glendale, Arizona. Agents approached FLORES and asked for his identification, which FLORES stated was in his vehicle and asked agents to retrieve it. As agents approached the vehicle, FLORES instructed agents not to look in his vehicle and instead to give the vehicle to his girlfriend. After a canine altered to the presence of narcotics emanating from the vehicle, agents searched FLORES' vehicle.

On the rear passenger seat of the vehicle, agents found two rifle boxes, one contained a Century Arms VSKA AK style rifle with serial number SV7158835 with a normal wooden stock; the second contained a Century Arms VSKA AK style rifle with serial number SV7158322 with a red wooden stock.

FLORES was advised of his *Miranda* rights and agreed to talk with agents. During the interview, FLORES stated that he entered the United States when he was two years old with his mother, and they left and reentered on a tourist visa when he was nine years old. He stated that he never returned to Mexico after the visa expired, thus he is a prohibited possessor of the firearms seized in the vehicle.

FLORES admitted that he began coordinating the transportation of illegal aliens via Snapchat around the end of 2021 or beginning of 2022. He stated he served as the middleman but never transported aliens himself. He explained that he would be in contact with the smuggler in Mexico, who would tell him where the load driver should pick up the illegal aliens. FLORES would send drivers precise pickup locations when they were close to the general pickup area. FLORES stated that he would be paid by the "stash house guy" and then he would pay the driver. He stated that he would be paid approximately $1,400 per alien, and he would pay drivers approximately $1,200 to $1,300 per alien. FLORES

admitted he **recruited approximately 300 load drivers** and estimated that he **coordinated the transportation of approximately 800 to 1,000 illegal aliens into the interior of the United States**.

FLORES also admitted to selling several firearms. He stated that he knows he is prohibited from possessing a firearm because he is an illegal alien. FLORES stated that he purchased firearms from a person on Snapchat who would purchase the firearms to sell to FLORES. FLORES estimated that he sold approximately 50 firearms, profiting $100 to $200 on each sale. Approximately 40 of the firearms were sold to an individual who he knew was transporting the firearms to Mexico to resell them. When asked about the firearms located in his vehicle, FLORES said he purchased them from his Snapchat contact and expected to sell them later that day to the individual who he knew was going to sell them in Mexico.

FLORES also admitted to selling approximately 80 ounces (2.2 kilograms) of cocaine. He last sold cocaine one week prior out of his vechile. The $1,440 U.S. currency he possessed when arrested was proceeds from selling a Glock handgun and alien smuggling.

### Conclusion

The information provided above is only a glimpse into the data retrieved from FLORES's social media accounts. The data confirms, FLORES's extensive use of social media to recruit, coordinate, smuggle and pay drivers to transport illegal aliens from Southern Arizona to Phoenix. Alien Smuggling and coordinating drivers was his day-to-day job. His conduct makes him a clear danger to the community. Especially his recruitment of high-school aged individuals who he lured into working for him as drivers based on his social media posts that glamorize alien smuggling.

His conduct during the conspiracy shows a clear disregard for the rule of law. For all of the above reasons, the United States requests that the defendant be sentenced to a high-end guideline sentence. The sentence is reasonable and appropriate in this case. The plea agreement provided stipulations that reduced the defendant's exposure. Therefore, the

United States believes no other variances or reductions from the guidelines would be appropriate. A high-end guideline sentence achieves the statutory goals of sentencing and is a just punishment based on the defendant's criminal history and actions.

Respectfully submitted this 17th day of November, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Stuart J. Zander*
Stuart J. Zander
Assistant U.S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Michael Aron Neufeld.

*s/Stuart J. Zander*
U.S. Attorney's Office