# Exhibit A



come work with a main connect easy bread no slackers come get cashed out 4,000-20,000$ at a time each drive 🍀🐣easy bread just driving safest routes lets talk money hml

@aguaprietaa

## She boutta
## make me rich

 🍒

Porque mi uncle works here at the checkpoint 💀

Why you think I get paid good
And We come pick him up after work
sometimes Porque he doesn't bring his car all
the way down here

## Send drivers thru the open check
## point and none of y'all know her



